NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NICHOLE MARIE ZUKE,                      )
                                         )
                Petitioner,              )
                                         )
v.                                       )          Case No. 2D17-4070
                                         )
CARLA DEE ALLEN,                         )
                                         )
                Respondent.              )
                                         )
_____  )

Opinion filed September 5, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; George M.
Jirotka, Judge.

Anthony J. Russo and Mihaela Cabulea
of Butler Weihmuller Katz Craig LLP,
Tampa, and Nina M. Hanson of Kaleel &
Kaleel, P.A., St. Petersburg, for
Petitioner.

Michael L. Walker of Florin Roebig,
Palm Harbor, for Respondent.

PER CURIAM.


                Dismissed.


KELLY, SLEET, and MORRIS, JJ., Concur.